UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. **2:19-cv-08689 AFM**  Date: March 17, 2020

Title **Michael Raby v. Andrew Saul**

Present: The Honorable: ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): ORDER TO SHOW CAUSE**

Pursuant to the Court's October 11, 2019 Order Re: Procedures in Social Security Appeal, *pro se* plaintiff's settlement proposal to government counsel was due 14 days after service of the administrative record. According to the docket, defendant served the administrative record on January 30, 2020; therefore, plaintiff's settlement proposal was due no later than February 13, 2020. On February 20, 2020, defendant filed a notice of non-receipt of plaintiff's settlement proposal. It appears that plaintiff has still not provided a settlement proposal to defendant.

Accordingly, IT IS ORDERED that within 20 days of the filing date of this order, plaintiff shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order Re: Procedures in Social Security Appeal ¶ 3. Submission of a settlement proposal to government counsel within 10 days from the date of this order − as well as the filing of a proof of service that the settlement proposal has been served on defendant − shall satisfy this order to show cause. All other deadlines required by the Order Re: Procedures in Social Security Appeal will be extended accordingly.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |