UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:19-cv-08689 AFM**                              Date:  July 6, 2020

Title   **Michael Raby v. Andrew Saul**

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

On March 17, 2020, the Court issued a show cause order to plaintiff for failure to comply with the Court's October 11, 2019 Order re Procedures in Social Security Appeal by not submitting a settlement proposal to defendant.  Plaintiff was ordered to provide a settlement proposal by April 6, 2020 and file a proof of service with the Court.  According to the Court's docket, plaintiff has failed to file a proof of service.

Accordingly, IT IS ORDERED that no later than **July 27, 2020**, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute.  If plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against Defendant.  Submission of a settlement proposal to government counsel within 10 days from the date of this order − as well as the filing of a proof of service that the settlement proposal has been served on defendant − shall satisfy this order to show cause.  All other deadlines required by the Order Re: Procedures in Social Security Appeal will be extended accordingly.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |