UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **2:19-cv-08689 AFM**  Date: September 28, 2020

Title  **Michael Raby v. Andrew Saul**

Present: The Honorable:  ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

Pursuant to the Court's October 11, 2019 Order re Procedures in Social Security Appeal, Plaintiff's Memorandum in Support of Complaint was due 35 days after the filing of Defendant's Answer.  Defendant served and filed his Answer on July 30, 2020.  The docket sheet shows that, as late as the date of this Order, plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint.  Plaintiff has failed to comply with the Court's Order.

Accordingly, IT IS ORDERED that **on or before October 26, 2020**, Plaintiff shall show cause in writing why this action should not be dismissed.  If Plaintiff fails to file a response to this order by October 26, 2020, it will be deemed to be consent to dismissal by Plaintiff.  The filing of Plaintiff's Memorandum in Support of the Complaint by October 26, 2020 shall discharge the order to show cause and all other deadlines required by the Case Management Order will be extended accordingly.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |